1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   450 Golden Gate Avenue, Box 36055
4  San Francisco, California 94102-3495
   Telephone: (415) 436-7017
5  FAX:       (415) 436-7009

6  Attorneys for United States of America

FILED
JUN 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and  )
NICHOLAS BRUNETTI, Revenue    )   No. CV 12-0510 LB
Officer,                      )
                              )
        Petitioners,          )   STIPULATION TO DISMISS
                              )   AND [PROPOSED] ORDER
    v.                        )
                              )
WILSON STEPHENS,              )
                              )
        Respondent.           )
_____)

It is hereby stipulated between petitioners, United States of America and Nicholas Brunetti, through their counsel, and respondent Wilson Stephens, that this matter be dismissed, each party to bear their own costs and attorneys' fees.

_____            MELINDA HAAG
WILSON STEPHENS                      United States Attorney

                                     _____
                                     THOMAS MOORE
                                     Assistant United States
                                     Chief, Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/7/12                        _____
                                     UNITED STATES MAGISTRATE JUDGE