```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   450 Golden Gate Avenue, Box 36055
4  San Francisco, California 94102-3495
   Telephone: (415) 436-7017
5  FAX:       (415) 436-7009

6  Attorneys for United States of America
```

FILED
JUN 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NICHOLAS BRUNETTI, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>WILSON STEPHENS,<br><br>Respondent. | No. CV 12-0510 LB<br><br>STIPULATION TO DISMISS AND [PROPOSED] ORDER |

It is hereby stipulated between petitioners, United States of America and Nicholas Brunetti, through their counsel, and respondent Wilson Stephens, that this matter be dismissed, each party to bear their own costs and attorneys' fees.

_____
WILSON STEPHENS

MELINDA HAAG
United States Attorney

_____
THOMAS MOORE
Assistant United States
Chief, Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/7/12

_____
UNITED STATES MAGISTRATE JUDGE